**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____    Chapter ___11___

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    **4/19**

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Icon Eyewear, Inc. | |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 20-1191657 | |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | 5 Empire Boulevard<br>South Hackensack, NJ 07606<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | Bergen<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | www.iconeyewear.com |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    Icon Eyewear, Inc.                                                        Case number (*if known*) _____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

3159

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

| | District | | When | | Case number |
|---|---|---|---|---|---|
| | | | | | |
| | District | | When | | Case number |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | Icon Eyewear, Inc. | Relationship | Debtor |
|---|---|---|---|
| District | New Jersey | When | 12/20/18 | Case number, if known | 18-34902 |

Debtor    Icon Eyewear, Inc.                                                    Case number (if known) _____
_____
Name

**11.  Why is the case filed in**     *Check all that apply:*
**this district?**
�), ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or**     ■ No
**have possession of any**      ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.
**real property or personal**
**property that needs**
**immediate attention?**        **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?  _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other  _____

**Where is the property?**  _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____

Contact name  _____

Phone  _____

---

| | **Statistical and administrative information** |

**13.  Debtor's estimation of**     .    *Check one:*
**available funds**
■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of**     ☐ 1-49              ☐ 1,000-5,000         ☐ 25,001-50,000
**creditors**                    ■ 50-99             ☐ 5001-10,000         ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000       ☐ More than100,000
☐ 200-999

**15.  Estimated Assets**         ☐ $0 - $50,000             ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**16.  Estimated liabilities**    ☐ $0 - $50,000             ■ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000       ☐ $10,000,001 - $50  million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Debtor | Icon Eyewear, Inc. | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  October 18, 2019
MM / DD / YYYY

**X** /s/ Michael Chang
Signature of authorized representative of debtor

Michael Chang
Printed name

Title  Chief Executive Officer

---

**18. Signature of attorney**

**X** /s/ Daniel M. Stolz
Signature of attorney for debtor

Date  October 18, 2019
MM / DD / YYYY

Daniel M. Stolz
Printed name

WASSERMAN, JURISTA & STOLZ, P.C.
Firm name

110 Allen Road
Suite 304
Basking Ridge, NJ 07920
Number, Street, City, State & ZIP Code

Contact phone  (973) 467-2700    Email address  attys@wjslaw.com

028461980 NJ
Bar number and State

---

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

## IN THE UNITED STATES BANKRUPTCY COURT

| | | |
|---|---|---|
| **In the Matter of:** | } | |
| | } | Case No. |
| **Icon Eyewear., Inc.,** | } | Chapter 11 |
| | } | |
| **Debtor** | } | |

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Michael Chang, declare under penalty of perjury that I am the CEO of Icon Eyewear, Inc., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said Corporation at a special meeting duly called and held on the 18th day of October, 2019.

"Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Chang, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Michael Chang, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, Michael Chang, CEO of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case."

Date: October 18, 2019          Signed:_____

MICHAEL CHANG, CEO

Resolution of Board of Directors
of
Icon Eyewear, Inc.

Whereas, it is in the best interest of this Corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Michael Chang, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Corporation; and

Be It Further Resolved, that Michael Chang, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the Corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Michael Chang, CEO of this Corporation is authorized and directed to employ the law firm of WASSERMAN, JURISTA & STOLZ, P.C. to represent the Corporation in such bankruptcy case.

Date:  October 18, 2019            Signed:_____
                                            MICHAEL CHANG, CEO

**Fill in this information to identify the case:**

Debtor name    Icon Eyewear, Inc.

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. **Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■   *Schedule H: Codebtors* (Official Form 206H)
- ■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐   Amended *Schedule* _____
- ■   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 18, 2019      **X** /s/ Michael Chang
                                             Signature of individual signing on behalf of debtor

                                             Michael Chang
                                             Printed name

                                             Chief Executive Officer
                                             Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                             Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Icon Eyewear, Inc. |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Fox Optical Inc. Shuijingtou Industrial Zone Qinyu Taumushan Town Fuding Fujian CHINA | | Business Debt | | | | $2,815,734.02 |
| 101 Optics 2nd Fl., Bldg. No. 1 No. 942 WenQu East Road GUOXITOWN OUHAI DIST Wenzhou  CHINA | | Business Debt | | | | $2,016,777.37 |
| M&T Bank 1 Light Street Baltimore, MD 21202 | | Business Debt | | | | $1,000,000.00 |
| TaiZhou YaFeng Glasses Co Ltd JiaoBei Industrial, ZhangAn Subdistrict JiaoJiang, TaiZhou ZheiJiang,  CHINA | | Business Debt | | | | $695,007.20 |
| 5 Empire Blvd, Inc. c/o Hanson Management LLC 195 North St., Suite 100 Teterboro, NJ 07608 | | Landlord | | | | $382,219.38 |
| Cole Schotz Meisel Forman & Leonard 25 Main Street Hackensack, NJ 07602 | | Professional Services for business debt | | | | $103,542.01 |
| Riker Danzig Scherer Hyland & Perretti Headquarters Plaza One Speedwell Ave Morristown, NJ 07962 | | Professional Services for business debt | | | | $87,847.95 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

| Debtor | Icon Eyewear, Inc. | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Lawrence Service LLC 1405 Xenium Lane North Suite 250 Plymouth, MN 55441 | | Business Debt | | | | $87,327.42 |
| Visual Creations, Inc. 500 Narragansett Park Drive Pawtucket, RI 02861 | | Business Debt | | | | $82,434.66 |
| Rohrer Corproation 717 Seville Road PO Box 1009 Wadsworth, OH 44282-1009 | | Business Debt | | | | $71,381.28 |
| The Staffing Group, Inc. 35 New England Business Ctr. #205 Andover, MA 01810 | | Business Debt | | | | $64,085.20 |
| O.E.C. Express Corp. 153-63 Rockaway Blvd. Jamaica, NY 11434 | | Business Debt | | | | $59,785.73 |
| MSD Eyewear No. 33 YanFan Road YanJiang Industry Zone WenZhou CHINA | | Business Debt | | | | $58,061.16 |
| Wenzhou Kangcheng Eyewear Co. No. 2 Zhennen Road WuTian Lndustrial Base Wenzhou  CHINA | | Business Debt | | | | $51,596.00 |
| UPS PO Box 7247-0244 Philadelphia, PA 19170 | | Business Debt | | | | $37,984.42 |
| Caleres Inc. PO Box 281777 Atlanta, GA 30384-1777 | | Business Debt | | | | $37,500.00 |
| Adams & Co. Real Estate LLC 411 Fifth Ave New York, NY 10016 | | rent/tax/cam/insurance | | | | $35,636.13 |
| On Target Staffing, Inc. 2050 Route 27, Suite 103 North Brunswick, NJ 08902 | | Business Debt | | | | $28,692.96 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Icon Eyewear, Inc.                                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Getzler Henrich & Associates 295 Madison Ave., 20th Floor New York, NY 10017 | | Professional Services for business debt | | | | $24,896.28 |
| Hill Bath & King 100 Walnut St., Suite 103 Clark, NJ 07066 | | Business Debt | | | | $24,340.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Icon Eyewear, Inc.

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $      0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $      7,709,816.52

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $      7,709,816.52

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $      181,099.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $      52.18

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................. +$      7,977,267.06

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b      $      8,158,418.24

| Fill in this information to identify the case: |
| --- |
| Debtor name    Icon Eyewear, Inc. |
| United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY |
| Case number (if known) _____ |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | M&T Bank | Operating checking account | 7388 | $14,335.70 |
| 3.2. | M&T Bank | Secured | 4117 | $1,962.00 |
| 3.3. | Chase Bank | Operating checking account | 0050 | $20,237.22 |
| 3.4. | M&T Bank | HSA Account | 7461 | $907.00 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$37,441.92

### Part 2:  Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com         Best Case Bankruptcy

Debtor    Icon Eyewear, Inc.                                           Case number *(If known)*
_____
         Name

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.    Security Deposit on warehouse location held by 5 Empire LLC, Landlord          $250,000.00

      7.2.    Security deposit on New York showroom space held by Adams & Company Real Estate    $60,369.18

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                  $310,369.18
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:    1,082,637.84    -    50,000.00    = ....    $1,032,637.84
                                    face amount            doubtful or uncollectible accounts

       11b. Over 90 days old:       857,672.81     -    850,000.00    =....    $7,672.81
                                    face amount            doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                 $1,040,310.65
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.    **Raw materials** | | | | |
| 20.    **Work in progress** | | | | |
| 21.    **Finished goods, including goods held for resale** Assorted glasses | | $0.00 | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                   Best Case Bankruptcy

| Debtor | Icon Eyewear, Inc. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Total Inventory | | $0.00 | | $5,790,033.77 |
|---|---|---|---|---|

| 22. | **Other inventory or supplies**<br>displays, labels,<br>accessories | | $0.00 | | Unknown |
|---|---|---|---|---|---|

**23.**    **Total of Part 5.**

Add lines 19 through 22.  Copy the total to line 84.

> $5,790,033.77

**24.**    **Is any of the property listed in Part 5 perishable?**

■ No
☐ Yes

**25.**    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

■ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.**    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>office furniture and fixtures | $32,218.00 | N/A | $32,218.00 |
| 40. | **Office fixtures**<br>Leasehold improvements (life of lease) | $116,731.00 | | $116,731.00 |
| 41. | **Office equipment, including all computer equipment and**<br>**communication systems equipment and software**<br>displays-life contract | $159,722.00 | | $159,722.00 |
| | E-Commerce development | $51,526.00 | | $51,526.00 |
| | warehouse | $116,111.00 | | $116,111.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Icon Eyewear, Inc. | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| warehouse M&E | | $55,353.00 | | $55,353.00 |
|---|---|---|---|---|

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| $531,661.00 |
|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** Patent for bottle opener sunglass design | $0.00 | | Unknown |
| 61. **Internet domain names and websites** www.iconeyewear.com | $0.00 | | Unknown |
| 62. **Licenses, franchises, and royalties** License and Royalty Agreement with Franco Sarto | $0.00 | | Unknown |
| | License and Royalty Agreement with Naturalizer | $0.00 | | Unknown |
| | License and Royalty Agreement with Geoffrey Beene, LLC | $0.00 | | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    Icon Eyewear, Inc.                                          Case number *(If known)*
          Name

| License and Royalty Agreement with SH Brand Holdings (Sag Harbor) | $0.00 | Unknown |
| License and Royalty Agreement with Haute Hippie House, LLC | $0.00 | Unknown |
| License and Royalty Agreement with PGA Tour, Inc. | $0.00 | Unknown |
| License and Royalty Agreement with Eveready Battery Company, Inc. | $0.00 | Unknown |

63.    **Customer lists, mailing lists, or other compilations**

64.    **Other intangibles, or intellectual property**

65.    **Goodwill**

66.    **Total of Part 10.**                                                                      $0.00

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

                                                                                    Current value of
                                                                                    debtor's interest

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       Federal unused NOL carryfund (4,630,846.00)          Tax year  2018                  $0.00

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 5

Debtor    Icon Eyewear, Inc.                     Case number *(If known)*
        Name

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$0.00

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor      Icon Eyewear, Inc._____      Case number *(If known)* _____
          Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $37,441.92 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $310,369.18 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,040,310.65 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $5,790,033.77 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $531,661.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $7,709,816.52 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,709,816.52 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _____ Icon Eyewear, Inc._____

United States Bankruptcy Court for the:  DISTRICT OF NEW JERSEY _____

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

| | | Column A | Column B |
|---|---|---|---|
| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | **Amount of claim**<br><br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | Gerber Finance | **Describe debtor's property that is subject to a lien** | $181,099.00 | $8,667,613.00 |
|---|---|---|---|---|
| | Creditor's Name | A/R and Inventory | | |

488 Madison Ave, 8th Fl
New York, NY 10022
Creditor's mailing address

**Describe the lien**
Securty interest

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/29/19

**Last 4 digits of account number**
ON01

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $181,099.00 |

**Part 2:     List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name _____Icon Eyewear, Inc._____

United States Bankruptcy Court for the:  _DISTRICT OF NEW JERSEY_____

Case number (if known)  _____

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>NYC Department of Finance<br>PO Box 5070<br>Kingston, NY 12402-5070 | $52.18 | $52.18 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Basis for the claim:
Taxes

Last 4 digits of account number _____

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>1 SYNC<br>7887 Washington Village Drive<br>Suite 300<br>Dayton, OH 45459 | $4,477.50 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>101 Optics<br>2nd Fl., Bldg. No. 1<br>No. 942 WenQu East Road<br>GUOXITOWN OUHAI DIST<br>Wenzhou  CHINA | $2,016,777.37 |
|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  Business Debt

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    23271                    Best Case Bankruptcy

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3** | **Nonpriority creditor's name and mailing address**
2XL Imaging
52 Fadem Rd
Springfield, NJ 07081

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$250.00

---

**3.4** | **Nonpriority creditor's name and mailing address**
5 Empire Blvd, Inc.
c/o Hanson Management LLC
195 North St., Suite 100
Teterboro, NJ 07608

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Landlord

Is the claim subject to offset? ■ No ☐ Yes

$382,219.38

---

**3.5** | **Nonpriority creditor's name and mailing address**
Adams & Co. Real Estate LLC
411 Fifth Ave
New York, NY 10016

**Date(s) debt was incurred** _
**Last 4 digits of account number**  2601

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  rent/tax/cam/insurance

Is the claim subject to offset? ■ No ☐ Yes

$35,636.13

---

**3.6** | **Nonpriority creditor's name and mailing address**
All-Pro Sales & Marketing, LLC
1000 Hart Road
Suite 200-B
Barrington, IL 60010

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$868.42

---

**3.7** | **Nonpriority creditor's name and mailing address**
APL Logistics
7300 Corporate Center Drive
Suite 200
Miami, FL 33126

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$145.00

---

**3.8** | **Nonpriority creditor's name and mailing address**
Aqua Fresca
11 Melanie Lane
Suite 19
East Hanover, NJ 07936

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$211.12

---

**3.9** | **Nonpriority creditor's name and mailing address**
Avery Dennison HK B.V.
PO Box 7247
Philadelphia, PA 19170-7508

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$2,626.82

---

| Debtor | Icon Eyewear, Inc. | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $392.29 |
|---|---|---|---|

Avery Dennison Mexico
PO Box 7247
Philadelphia, PA 19170-7584

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,911.94 |
|---|---|---|---|

B&C Industries
55 Onderdonk Ave
Ridgewood, NY 11385

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,709.71 |
|---|---|---|---|

Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $16,409.00 |
|---|---|---|---|

Berenice Ramirez
PO Box 284
Wood Ridge, NJ 07075

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $629.09 |
|---|---|---|---|

Bergen Fire Equipment & Service Co.
36 Johnson Ave.
Hackensack, NJ 07601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $159.94 |
|---|---|---|---|

BMI
11 Canterbury Rd
Ringwood, NJ 07456

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $595.00 |
|---|---|---|---|

Bureau Veritas Hong Kong
Kowloon Bay Office
1/F Pacific Trade Centre, 2 Kai Hing Rd
Kowloon Bay, Kowloon HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $37,500.00 |
|---|---|---|---|

Caleres Inc.
PO Box 281777
Atlanta, GA 30384-1777

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $187.93 |
|---|---|---|---|

Canon Business Solutions
300 Commerce Square Blvd.
Burlington, NJ 08016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $712.41 |
|---|---|---|---|

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,800.00 |
|---|---|---|---|

City Pallets LLC
93-119 Roanoke Ave
Newark, NJ 07105

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $103,542.01 |
|---|---|---|---|

Cole Schotz Meisel Forman & Leonard
25 Main Street
Hackensack, NJ 07602

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Professional Services for business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,141.95 |
|---|---|---|---|

Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $690.64 |
|---|---|---|---|

Commerce Technologies, Inc.
255 Fuller Road, Suite 327
Albany, NY 12203

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Icon Eyewear, Inc. | |
|---|---|---|
| | Name | |
| | | Case number *(if known)* |

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.50 |
|---|---|---|---|

Coryor Surface Treatment Co.
#9-20, 451 Lane Goang Fu Road
Ba Der City, Taoyuan Hsien
TAIWAN R.O.C.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,425.50 |
|---|---|---|---|

D & E Packaging, Inc.
PO Box 4735
Wayne, NJ 07474-4735

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5.00 |
|---|---|---|---|

Distinct Sales & Marketing
1417 N. Battlefield Blvd.
Suite 390
Chesapeake, VA 23320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $277.75 |
|---|---|---|---|

Fedex
P.O. Box 371461
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

FGX International, Inc.
c/o Foley & Lardner, LLP
111 Huntington Ave., Suite 2500
Boston, MA 02199

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** lawsuit

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

Fine Line Technologies
PO Box 921933
Norcross, GA 30010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,882.40 |
|---|---|---|---|

Flex Personnel
412 36th St.
Union City, NJ 07087

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Icon Eyewear, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,815,734.02 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
Fox Optical Inc.
Shuijingtou Industrial Zone Qinyu
Taumushan Town Fuding
Fujian CHINA

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,815,734.02

---

**3.32**

**Nonpriority creditor's name and mailing address**
Gaeta Recycling Company, Inc.
278-282 West Railway Ave
Paterson, NJ 07503

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$2,330.73

---

**3.33**

**Nonpriority creditor's name and mailing address**
GBS
6 North Park Drive
Suite 310
Hunt Valley, MD 21030

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$12,596.75

---

**3.34**

**Nonpriority creditor's name and mailing address**
Getzler Henrich & Associates
295 Madison Ave., 20th Floor
New York, NY 10017

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Professional Services for business debt

Is the claim subject to offset? ■ No  ☐ Yes

$24,896.28

---

**3.35**

**Nonpriority creditor's name and mailing address**
GXS
PO Box 640371
Pittsburgh, PA 15264-0371

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$540.33

---

**3.36**

**Nonpriority creditor's name and mailing address**
Harmony
6903 Rockledge Drive
Suite 1250
Bethesda, MD 20817

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$350.00

---

**3.37**

**Nonpriority creditor's name and mailing address**
Haute Hippie House LLC
156 5th Ave., 10th Fl.
New York, NY 10010

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$14,812.50

| Debtor | Icon Eyewear, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $24,340.00 |
|---|---|---|---|

Hill Bath & King
100 Walnut St., Suite 103
Clark, NJ 07066

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $633.98 |
|---|---|---|---|

HYG Financial Services
PO Box 70241
Philadelphia, PA 19176-0241

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $8,059.78 |
|---|---|---|---|

Information Resources, Inc.
150 N. Clinton St.
Chicago, IL 60661

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,058.95 |
|---|---|---|---|

Intertek Shanghai
Block B, Jinling Business Square
No. 801 Yi Shan Road
Shanghai  CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,270.00 |
|---|---|---|---|

Jupiter Prestige Group
17th Fl, Yen Sheng Centre
64 Hoi Yuen Road
Kwun Tong, HONG KONG

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,608.37 |
|---|---|---|---|

KAS America
175-01 Rockaway Blvd.
#301
Jamaica, NY 11434

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $7,372.50 |
|---|---|---|---|

KCP Advisory Group
700 Technology Park Dr.
Suite 212
Billerica, MA 01821

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Basis for the claim:** Business Debt

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,132.00 |
|---|---|---|---|

Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Professional Services for business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $510.00 |
|---|---|---|---|

Kenneth C. Basile
2040 Pilgrim Parkway
Elm Grove, WI 53122

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $87,327.42 |
|---|---|---|---|

Lawrence Service LLC
1405 Xenium Lane North
Suite 250
Plymouth, MN 55441

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000,000.00 |
|---|---|---|---|

M&T Bank
1 Light Street
Baltimore, MD 21202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $574.43 |
|---|---|---|---|

M.L. Cutler & Company
PO Box 165
Florham Park, NJ 07932-0165

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $201.52 |
|---|---|---|---|

Merchants Alarm Systems
203 Paterson Ave.
Wallington, NJ 07057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,061.16 |
|---|---|---|---|

MSD Eyewear
No. 33 YanFan Road
YanJiang Industry Zone
WenZhou CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** Business Debt

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    Icon Eyewear, Inc.

Name

Case number (if known)

| | | |
|---|---|---|
| 3.52 | **Nonpriority creditor's name and mailing address** <br> North Central Sales <br> 528 East 200th St. <br> Euclid, OH 44119 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Business Debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | $2,050.00 |
| 3.53 | **Nonpriority creditor's name and mailing address** <br> O.E.C. Express Corp. <br> 153-63 Rockaway Blvd. <br> Jamaica, NY 11434 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Business Debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | $59,785.73 |
| 3.54 | **Nonpriority creditor's name and mailing address** <br> On Target Staffing, Inc. <br> 2050 Route 27, Suite 103 <br> North Brunswick, NJ 08902 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Business Debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | $28,692.96 |
| 3.55 | **Nonpriority creditor's name and mailing address** <br> PSE&G <br> PO Box 14106 <br> New Brunswick, NJ 08906-4106 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Utility Bills <br><br> Is the claim subject to offset? ■ No ☐ Yes | $145.30 |
| 3.56 | **Nonpriority creditor's name and mailing address** <br> PVH Corp. <br> PO Box 643644 <br> Pittsburgh, PA 15264-3644 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Business Debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | $8,134.00 |
| 3.57 | **Nonpriority creditor's name and mailing address** <br> Quick Transfer, Inc. <br> PO Box 110526 <br> Brooklyn, NY 11211 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Business Debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | $1,510.00 |
| 3.58 | **Nonpriority creditor's name and mailing address** <br> Riker Danzig Scherer Hyland & Perretti <br> Headquarters Plaza <br> One Speedwell Ave <br> Morristown, NJ 07962 <br><br> **Date(s) debt was incurred** _ <br><br> **Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed <br><br> **Basis for the claim:** Professional Services for business debt <br><br> Is the claim subject to offset? ■ No ☐ Yes | $87,847.95 |

Debtor      Icon Eyewear, Inc.
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.59 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

3.59

**Nonpriority creditor's name and mailing address**
Rohrer Corproation
717 Seville Road
PO Box 1009
Wadsworth, OH 44282-1009

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$71,381.28

---

3.60

**Nonpriority creditor's name and mailing address**
Royal West Sales, Inc.
5439 Wellesley Dr
Calabasas, CA 91302

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$1,803.94

---

3.61

**Nonpriority creditor's name and mailing address**
Russin Vecchi & Berg LLP
250 Madison Ave., 17th Fl.
New York, NY 10016

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services for business debt

Is the claim subject to offset? ■ No  ☐ Yes

$4,150.00

---

3.62

**Nonpriority creditor's name and mailing address**
SGS North America
PO Box 2502
Carol Stream, IL 60132

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$1,300.00

---

3.63

**Nonpriority creditor's name and mailing address**
SGS North America
281 Fairfield Ave
Fairfield, NJ 07004

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ☐ No  ☐ Yes

$200.00

---

3.64

**Nonpriority creditor's name and mailing address**
SH Brand Holdings
c/o One Step Up, LLC
1412 Broadway, 3rd Fl.
New York, NY 10018

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$3,750.00

---

3.65

**Nonpriority creditor's name and mailing address**
Shree Ji Printing
55 Veterans Blvd.
Carlstadt, NJ 07072

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No  ☐ Yes

$625.00

---

| Debtor | Icon Eyewear, Inc. | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br>SML USA, Inc.<br>777 Main St.<br>Lewiston, ME 04240<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $59.95 |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>SO<br><br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,146.75 |

| 3.68 | **Nonpriority creditor's name and mailing address**<br>Specialized Merchandise Services, Inc.<br>5680 Main Street<br>Buffalo, NY 14221<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,012.00 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br>Spectas a Div of SMP Industries<br>PO Box 22067<br>Chattanooga, TN 37422<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,300.00 |

| 3.70 | **Nonpriority creditor's name and mailing address**<br>SPS Commerce<br>Accenture Tower<br>333 South Seventh Ave., Suite 1000<br>Minneapolis, MN 55402<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $727.00 |

| 3.71 | **Nonpriority creditor's name and mailing address**<br>Staples Advantage<br>Dept. NY PO Box 415256<br>Boston, MA 02241-5256<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $363.59 |

| 3.72 | **Nonpriority creditor's name and mailing address**<br>TaiZhou YaFeng Glasses Co Ltd<br>JiaoBei Industrial, ZhangAn Subdistrict<br>JiaoJiang, TaiZhou<br>ZheiJiang,  CHINA<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $695,007.20 |

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.73** | **Nonpriority creditor's name and mailing address**
Taylored Freight Services, LLC
1495 E. Locut St
Ontario, CA 91761

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$205.00

---

**3.74** | **Nonpriority creditor's name and mailing address**
The DAK Group, Ltd.
195 Route 17 South
Rochelle Park, NJ 07662

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Professional Services for business debt

Is the claim subject to offset? ■ No ☐ Yes

$19,752.33

---

**3.75** | **Nonpriority creditor's name and mailing address**
The Patterson Group
311 Myrtle Lane
Sewickley, PA 15143

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$1,256.36

---

**3.76** | **Nonpriority creditor's name and mailing address**
The Staffing Group, Inc.
35 New England Business Ctr. #205
Andover, MA 01810

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$64,085.20

---

**3.77** | **Nonpriority creditor's name and mailing address**
TNG Merchandising
1955 Lake Park Dr SE
Suite 400
Smyrna, GA 30080-8855

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$3,931.25

---

**3.78** | **Nonpriority creditor's name and mailing address**
Travelers Insurance
CL & Specialty Remittance Ctr
One Tower Square
Hartford, CT 06183-1008

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$10,267.18

---

**3.79** | **Nonpriority creditor's name and mailing address**
True Commerce, Inc.
800 Cranberry Woods Drive
Suite 450
Cranberry Twp, PA 16066

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Business Debt

Is the claim subject to offset? ■ No ☐ Yes

$719.72

---

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.80 | **Nonpriority creditor's name and mailing address**<br>U Line<br>2200 S. Lakeside Dr<br>Waukegan, IL 60085<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $1,381.19 |

| 3.81 | **Nonpriority creditor's name and mailing address**<br>UPS<br>PO Box 7247-0244<br>Philadelphia, PA 19170<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $37,984.42 |

| 3.82 | **Nonpriority creditor's name and mailing address**<br>UPS Supply Chain Solutions, Inc.<br>Attn: Customs Brokerage Service<br>28013 Network Place<br>Chicago, IL 60673-1280<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,609.41 |

| 3.83 | **Nonpriority creditor's name and mailing address**<br>US Bank Equipment Finance<br>1310 Madrid St<br>Marshall, MN 56258<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $677.37 |

| 3.84 | **Nonpriority creditor's name and mailing address**<br>Visual Creations, Inc.<br>500 Narragansett Park Drive<br>Pawtucket, RI 02861<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $82,434.66 |

| 3.85 | **Nonpriority creditor's name and mailing address**<br>Wenzhou Classic Packing Co., Ltd.<br>No. 201 Changji Road<br>Louqiao Shanghui Industry<br>Zhejiang Wenzhou  CHINA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,400.00 |

| 3.86 | **Nonpriority creditor's name and mailing address**<br>Wenzhou HongJian Optics Co.<br>No. 25 XingPing Rd., GaoXin Technologica<br>Industrial Developemtn Zone<br>Wenzhou Zhejiang  CHINA<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Business Debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,083.80 |

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $51,596.00 |
|---|---|---|---|

Wenzhou Kangcheng Eyewear Co.
No. 2 Zhennen Road
WuTian Lndustrial Base
Wenzhou  CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,928.00 |
|---|---|---|---|

Wenzhou Royal Optical Co., Ltd.
27 Fengfang Road
Ouhai, Wenzhou
Zhejiang,  CHINA

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Business Debt

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 52.18 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,977,267.06 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 7,977,319.24 |

**Fill in this information to identify the case:**

Debtor name ___Icon Eyewear, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — Warehouse Lease | |
| State the term remaining — expires 10/31/2024 | 5 Empire Blvd Inc. c/o NAI Hanson 195 North St., Suite 100 Teterboro, NJ 07608 |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — NY Showroom Lease | |
| State the term remaining — expires 12/31/2024 | Adams & Co. Real Estate LLC 411 Fifth Ave New York, NY 10016 |
| List the contract number of any government contract | |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — License Agreement (Franco Sarto and Naturalizer) | |
| State the term remaining — December 31, 2020 | Caleres, Inc. 8300 Maryland Ave. Saint Louis, MO 63105 |
| List the contract number of any government contract | |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — License Agreement | |
| State the term remaining — June 30, 2021 | Geoffrey Beene, LLC 37 West 57th St., 2nd Fl. New York, NY 10019 |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

| Debtor 1 | Icon Eyewear, Inc. | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | July 31, 2022 | Haute Hippie House, LLC |
| | List the contract number of any government contract | | 156 Fifth Ave., 10th Fl. New York, NY 10010 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | License Agreement | |
|---|---|---|---|
| | State the term remaining | December 31, 2019 | SH Brand Holdings, LLC Attn: Legal Dept. |
| | List the contract number of any government contract | | 1412 Broadway, 3rd Fl. New York, NY 10018 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Icon Eyewear, Inc.___

United States Bankruptcy Court for the: ___DISTRICT OF NEW JERSEY___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |

**2.1** _____

Street _____

City _____ State _____ Zip Code

_____

☐ D
☐ E/F
☐ G

**2.2** _____

Street _____

City _____ State _____ Zip Code

_____

☐ D
☐ E/F
☐ G

**2.3** _____

Street _____

City _____ State _____ Zip Code

_____

☐ D
☐ E/F
☐ G

**2.4** _____

Street _____

City _____ State _____ Zip Code

_____

☐ D
☐ E/F
☐ G

**Fill in this information to identify the case:**

Debtor name _____Icon Eyewear, Inc._____

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY_____

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    **Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| From the beginning of the fiscal year to filing date:<br>From  1/01/2019 to Filing Date | ■ Operating a business<br>☐ Other _____ | $15,571,215.00 |
| For prior year:<br>From  1/01/2018 to 12/31/2018 | ■ Operating a business<br>☐ Other _____ | $21,805,164.00 |
| For year before that:<br>From  1/01/2017 to 12/31/2017 | ■ Operating a business<br>☐ Other _____ | $26,690,782.00 |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor    Icon Eyewear, Inc. _____     Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | SEE ATTACHED RIDER | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | FGX International, Inc. v. Icon Eyewear, Inc.<br>1:18-cv-00483WES-LDA | Civil | United States District Court for the District of Rhode Island<br>1 Exchange Terrace<br>Providence, RI 02903 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

| Debtor | Icon Eyewear, Inc. | Case number *(if known)* | |
|---|---|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Cole Schotz Meisel Forman & Leonard<br>25 Main Street<br>Hackensack, NJ 07602 | | 12/2018;<br>6/15/19;<br>7/15/19 | $393,048.98 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | Riker Danzig Scherer Hyland & Perretti<br>Headquarters Plaza<br>One Speedwell Ave<br>Morristown, NJ 07962 | | 6/15/19;<br>7/15/19 | $175,695.90 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Icon Eyewear, Inc.                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.3. | The DAK Group, Ltd. 195 Route 17 South Rochelle Park, NJ 07662 | | 6/15/19; 7/15/19 | $39,504.66 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.4. | Getzler Henrich & Associates 295 Madison Ave., 20th Floor New York, NY 10017 | | 12/2018; 6/15/19; 7/15/19 | $110,352.56 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.5. | WASSERMAN, JURISTA & STOLZ, P.C. 110 Allen Road Suite 304 Basking Ridge, NJ 07920 | Attorney Fees and filing fee | 10/16/19 | $35,000.00 |
| | Email or website address attys@wjslaw.com | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

| Debtor | Icon Eyewear, Inc. | Case number (if known) | |
|---|---|---|---|

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

    ☐ No Go to Part 10.
    ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| Icon Eyewear, Inc. 401(k) Plan | EIN: 227670 |

Has the plan been terminated?
■ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | Icon Eyewear, Inc. | | Case number (if known) | |
|--------|-------|---|-----------------------|---|

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

| Debtor | Icon Eyewear, Inc. | Case number *(if known)* | |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. | HBK CPA's & Consultants<br>100 Walnut Ave., Suite 103<br>Clark, NJ 07066 | Feb. 2018-present |
| 26a.2. | Josephson & Josephson<br>599 Lexington Ave., Suite 1204<br>New York, NY 10022 | 2008-2017 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. | HBK CPA's & Consultants<br>100 Walnut Ave., Suite 103<br>Clark, NJ 07066 | February 2018-present |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. | Josephson & Josephson<br>599 Lexington Ave., Suite 1204<br>New York, NY 10022 | 2008-2017 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | Icon Eyewear, Inc.<br>5 Empire Blvd.<br>South Hackensack, NJ 07606 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | Gerber Finance<br>488 Madison Ave, 8th Fl<br>New York, NY 10022 |

| Debtor | Icon Eyewear, Inc. | Case number *(if known)* | |
|---|---|---|---|

| | **Name and address** | | |
|---|---|---|---|
| 26d.2. | M&T Bank<br>PO Box 62176<br>Baltimore, MD 21264 | | |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| | **Name of the person who supervised the taking of the inventory** | **Date of inventory** | **The dollar amount and basis (cost, market, or other basis) of each inventory** |
|---|---|---|---|
| 27.1. | Oswaldo Rodriquez | 10/2018 | $9,289,640 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Brian Liston<br>Icon Eyewear, Inc.<br>5 Empire Blvd.<br>South Hackensack, NJ 07606 | | |
| 27.2. | Jack Woods | 10/2017 | $13,410,061 |
| | **Name and address of the person who has possession of inventory records** | | |
| | Brian Liston<br>Icon Eyewear, Inc.<br>5 Empire Blvd.<br>South Hackensack, NJ 07606 | | |

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Michael Chang | 32 Bovenslepen Ct.<br>Roseland, NJ 07068 | Owner & CEO | 100% |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Charles Lusk | 109 E. Etherington St.<br>Mackinaw City, MI 49701 | President | 0% |

| **Name** | **Address** | **Position and nature of any interest** | **% of interest, if any** |
|---|---|---|---|
| Brian Liston | 38 Hershey Rd.<br>Wayne, NJ 07470 | CFO | 0% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

☑ Yes. Identify below.

Debtor    Icon Eyewear, Inc.                                                 Case number *(if known)*

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Bruce Bartley | 6 Jasons Way<br>Kennebunkport, ME 04046 | Interim President | Nov.-Dec. 2018 |

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | SEE ATTACHED RIDER | | | |
| | **Relationship to debtor** | | | |

### 31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

### 32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

Debtor    Icon Eyewear, Inc.                                    Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 18, 2019

/s/ Michael Chang                                            Michael Chang
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    Chief Executive Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

RIDER TO SOFA #3

**Icon Eyewear**
**Checks  & Wire Transfer > $6,450**
**Prior 90 Days**

| doct | name | 201907 | 201908 | 201909 | 201910 | Grand Total |
|------|------|--------|--------|--------|--------|-------------|
| CK | Hanson Management LLC | $124,990.61 | $128,496.77 | | | $253,487.38 |
| | O.E.C. EXPRESS CORP. | $30,341.98 | $24,554.82 | | | $54,896.80 |
| | GBS | $23,893.33 | | $16,414.40 | | $40,307.73 |
| | Ephraim Zinkin | $27,481.64 | | | | $27,481.64 |
| | Berenice Ramirez | $9,459.00 | $15,031.00 | | | $24,490.00 |
| | Kroger Co. | $21,270.44 | | | | $21,270.44 |
| | Royal West Sales, Inc. | $19,475.70 | | | | $19,475.70 |
| | Flex Personnel | $18,069.26 | | | | $18,069.26 |
| | Travelers | $13,789.00 | | $4,219.33 | | $18,008.33 |
| | UPS | $564.29 | | $10,357.02 | $4,566.22 | $15,487.53 |
| | 1001 Sixth Associates | $14,979.54 | | | | $14,979.54 |
| | Lawrence Service LLC | $13,149.62 | | | | $13,149.62 |
| | Michael Fletcher | $4,000.00 | $4,520.94 | $2,000.00 | $2,000.00 | $12,520.94 |
| | Caleres Inc. | $12,500.00 | | | | $12,500.00 |
| | Fedex | $9,166.84 | $335.83 | $322.85 | $29.00 | $9,854.52 |
| | Michael Cotton | $4,304.78 | $1,663.34 | $2,615.92 | | $8,584.04 |
| | Jack Hanlon | $878.84 | $4,443.98 | $1,174.98 | $1,397.62 | $7,895.42 |
| | Hill Barth & King | $7,825.00 | | | | $7,825.00 |
| | D & E Packaging Inc. | $4,746.69 | | | $2,942.70 | $7,689.39 |
| | Argo Partners | | $7,584.95 | | | $7,584.95 |
| | Rohrer Corporation | $7,284.00 | | | | $7,284.00 |
| | Joseph Massa | $6,772.28 | | | | $6,772.28 |
| | Bruce Bartley | $6,750.73 | | | | $6,750.73 |
| | Specialized Merchandising Services, Inc | | $5,543.00 | | $1,058.00 | $6,601.00 |
| | Brian Liston | $3,386.14 | $1,991.47 | $296.98 | $162.30 | $5,836.89 |
| | Salter McGowan Sylvia & Leonard | $5,730.00 | | | | $5,730.00 |
| | Market Connect Group | $5,579.47 | | | | $5,579.47 |
| | Janice Ahn | | $5,417.82 | | | $5,417.82 |
| | Chris San Juan | | | $2,612.73 | $2,549.68 | $5,162.41 |
| | Pearce Worldwide Logistics | $4,400.00 | | $650.00 | | $5,050.00 |
| | Gaeta Recycling Company Inc. | $826.01 | $894.05 | $1,344.05 | $1,934.13 | $4,998.24 |
| | Larry Robison | $880.67 | $3,599.12 | | $379.00 | $4,858.79 |
| | Prudential | $4,669.31 | | | | $4,669.31 |
| | Chase Card Services | $4,215.21 | | | | $4,215.21 |
| | Getzler Henrich & Associates LLC | $3,937.50 | | | | $3,937.50 |
| | Charles Lusk | | $825.14 | $1,109.79 | $1,895.88 | $3,830.81 |
| | Comcast Business | $1,125.08 | | $1,125.08 | $1,125.08 | $3,375.24 |
| | MetLife - Group Benefits | $1,682.38 | | $1,682.38 | | $3,364.76 |
| | Park City Group | $3,002.60 | | | | $3,002.60 |
| | All- Pro Sales& Marketing, LLC | $885.49 | | | $1,915.24 | $2,800.73 |
| | B & G Plastics, Inc. | $2,750.91 | | | | $2,750.91 |

| | | | | |
|---|---|---|---|---|
| UPS Supply Chain Solutions, In | $763.69 | $1,298.80 | $454.41 | $199.28 | $2,716.18 |
| Wenzhou Classic Packing Co., Ltd. | $2,647.91 | | | | $2,647.91 |
| Jewel Branding & Licensing | | | | $2,500.00 | $2,500.00 |
| SALESTRAC, USA | | | $2,500.00 | | $2,500.00 |
| True Commerce, Inc. | | $1,641.60 | | $837.43 | $2,479.03 |
| Verizon Wireless | $803.78 | $796.04 | | $777.57 | $2,377.39 |
| US Bank Equipment Finance | $1,569.34 | $784.67 | | | $2,354.01 |
| Jack Woods | $2,257.50 | | | | $2,257.50 |
| City Pallets LLC | $354.87 | | $1,800.00 | | $2,154.87 |
| Shopko Stores Operating Co LLC | $2,040.35 | | | | $2,040.35 |
| North Central Sales | | | | $2,025.00 | $2,025.00 |
| Barclay Brand Ferdon | $1,975.17 | | | | $1,975.17 |
| Williamson-Dickie Mfg. Co. | $1,865.29 | | | | $1,865.29 |
| Paduano & Weintraub LLP | $1,814.02 | | | | $1,814.02 |
| Gottlieb, Rackman & Reisman, P.C. | $1,784.39 | | | | $1,784.39 |
| Commerce Technologies, Inc. | $476.82 | | $1,200.56 | | $1,677.38 |
| Eveready Battery Company | $1,625.35 | | | | $1,625.35 |
| Canon Financial Services Inc. | $1,401.42 | | | | $1,401.42 |
| Quick Transfer Inc. | | | $1,279.00 | | $1,279.00 |
| Quality Temp, Inc | $1,267.26 | | | | $1,267.26 |
| Dynamic Express Inc. | $278.63 | $610.62 | $333.59 | | $1,222.84 |
| FINNY GIRL PACKAGING LTD | | $1,130.00 | | | $1,130.00 |
| Wenzhou Union Fashion Co., Ltd. | $1,128.14 | | | | $1,128.14 |
| Globaltranz Enterprises, Inc. | $1,126.85 | | | | $1,126.85 |
| Lamar Plastics Packaging, LTD. | $1,095.59 | | | | $1,095.59 |
| Brandgenuity LLC | $1,083.56 | | | | $1,083.56 |
| Rock Solid Business Solution | | | $1,080.00 | | $1,080.00 |
| Gotham Licensing Group, LLC | $1,037.84 | | | | $1,037.84 |
| VeriShip | $1,027.42 | | | | $1,027.42 |
| HYG Financial Services | $688.12 | | $261.95 | | $950.07 |
| NRT | $113.53 | $113.53 | $712.29 | | $939.35 |
| Employers Vision Trust | | $306.26 | $306.26 | $306.26 | $918.78 |
| SPS Commerce | $220.17 | | $447.17 | $227.00 | $894.34 |
| State Of New Jersey | | $855.33 | | | $855.33 |
| Taylored Freight Services, LLC | | | $615.00 | $205.00 | $820.00 |
| Staples Advantage | $649.40 | $154.62 | | | $804.02 |
| FineLine Technologies | $134.64 | $290.68 | $331.05 | | $756.37 |
| Time Trak Systems | $693.06 | | | | $693.06 |
| Russin, Vecchi & Berg, LLP | $635.24 | | | | $635.24 |
| Visual Creations, Inc. | $617.76 | | | | $617.76 |
| 2XL Imaging | $599.99 | | | | $599.99 |
| Blue Wave Concepts | | $192.75 | $385.50 | | $578.25 |
| Pratt (Quality Carton) LLC | $577.29 | | | | $577.29 |
| Creative Circle LLC | $574.29 | | | | $574.29 |
| SPAR Group | $563.94 | | | | $563.94 |
| UPS Canada | $454.58 | | $26.52 | | $481.10 |
| UPS Freight | | | | $465.34 | $465.34 |

| | | | | | |
|---|---|---|---|---|---|
| SH Brand Holdings | $453.74 | | | | $453.74 |
| PSE&G Co. | | $291.57 | | $149.48 | $441.05 |
| Diana Tavares | | $428.72 | | | $428.72 |
| PVH Corp. | $426.65 | | | | $426.65 |
| Spire Group, PC | $398.48 | | | | $398.48 |
| Consumer Testing Laboratories | $395.78 | | | | $395.78 |
| GXS | $180.00 | $180.00 | | | $360.00 |
| Bar Codes Talk, LLC | $353.50 | | | | $353.50 |
| Pacific Logistics Corp. | | $326.70 | | | $326.70 |
| Northern State Service Group | $321.37 | | | | $321.37 |
| Contempo Packaging Co. | | | $312.00 | | $312.00 |
| Spectrum Business | $231.54 | $64.98 | | | $296.52 |
| Frontier Express | | | $282.50 | | $282.50 |
| KLB | $270.89 | | | | $270.89 |
| A & H Mfg. Co. | $268.43 | | | | $268.43 |
| Fidelity Paper & Supply Corp. | $252.91 | | | | $252.91 |
| Greenvale Creative | $230.26 | | | | $230.26 |
| International Sales Consulting Group | $216.71 | | | | $216.71 |
| Harrisburg News Co. | $210.21 | | | | $210.21 |
| Jay Dee Trucking | $198.45 | $92.25 | ($92.25) | | $198.45 |
| John Cinardo | | $192.95 | | | $192.95 |
| Harmony | | | $191.47 | | $191.47 |
| Maria Manchess | | $94.12 | | $89.60 | $183.72 |
| TNG MERCHANDISING | $180.28 | | | | $180.28 |
| Creative Sales and Marketing | $163.37 | | | | $163.37 |
| Penn Mutual Life Insurance Company | $162.53 | | | | $162.53 |
| APL Logisitics | $55.00 | | $90.00 | | $145.00 |
| W.B. Mason | $144.43 | | | | $144.43 |
| Basic | | $48.00 | $96.00 | | $144.00 |
| Innovative Marketing Services Inc. | $123.71 | | | | $123.71 |
| Gianna Avila | $94.42 | $27.50 | | | $121.92 |
| TimePayment Corp. | $111.30 | | | | $111.30 |
| Claribel Vargas | | $91.24 | | | $91.24 |
| International Trimmings & Labels | | | | $87.31 | $87.31 |
| Osvaldo Rodriguez | | | $72.24 | | $72.24 |
| Christian Fernandes | | | $46.28 | | $46.28 |
| Avery Dennison HK B.V. | | | $21.34 | | $21.34 |
| AAA License Company LLC | $7,584.95 | ($7,584.95) | | | $0.00 |
| CK Total | $473,740.45 | $207,330.21 | $58,678.39 | $29,824.12 | $769,573.17 |
| HC  101 Optics | $300,000.00 | | | | $300,000.00 |
| Cole Schotz P.C. | $236,038.57 | | | | $236,038.57 |
| UPS | $60,121.94 | $20,063.51 | | | $80,185.45 |
| O.E.C. EXPRESS CORP. | $0.00 | $20,000.00 | | | $20,000.00 |
| KCP Advisory Group | | $13,662.50 | $3,600.00 | | $17,262.50 |
| Wenzhou Kangcheng Eyewear Co., Ltd | $10,000.00 | | | | $10,000.00 |
| Getzler Henrich & Associates LLC | | $3,412.50 | | | $3,412.50 |
| Dan Stolz | | $2,500.00 | | | $2,500.00 |

| | | | | |
|---|---|---|---|---|
| Grace Shin | | $2,500.00 | | $2,500.00 |
| SGS HK - WIRE | $1,155.10 | | | $1,155.10 |
| B & G Plastics, Inc. | $939.00 | | | $939.00 |
| Bureau Veritas Hong Kong  WIRE | $595.00 | | | $595.00 |
| Intertek SHANGHAI | $502.44 | | | $502.44 |
| Avery Dennison HK B.V. | | $71.50 | $67.60 | $139.10 |
| AAA License Company LLC | | $0.00 | | $0.00 |
| Russin, Vecchi & Berg, LLP | | $0.00 | | $0.00 |
| HC Total | $609,352.05 | $42,210.01 | $23,667.60 | $0.00 | $675,229.66 |
| Grand Total | $1,083,092.50 | $249,540.22 | $82,345.99 | $29,824.12 | $1,444,802.83 |

RIDER TO SOFA #32

**Insider Payments**

TTM 10.18.19

|  | Position | Gross Salary | Bonus Payment | Benefit Payments | Net Distribution | Total |
|---|---|---|---|---|---|---|
| Michael Chang | Owner/CEO | $447,151 | $0 | $111,789 | $65,000 | $623,940 |
| Julie Chang | EVP Creative | $177,534 | $0 | $3,070 | $0 | $180,604 |
| Effy Zinkin | President | $62,671 | $0 | $9,010 | $0 | $71,681 |
| Bruce Bartley | President-Interim | $27,158 | $0 | $0 | $0 | $27,158 |
| Brian Liston | CFO | $183,389 | $0 | $15,571 | $0 | $198,960 |
| Janine Thompson | EVP HR & Payroll | $6,247 | $0 | $13,920 | $0 | $20,167 |
| Seung Chang | Sourcing Coordinator | $18,035 | $0 | $6,729 | $0 | $24,763 |

\* Benefits include:  Company paid medical insurance, 401k Match, Life Insurance

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of New Jersey

In re  Icon Eyewear, Inc.

Debtor(s)

Case No.

Chapter  11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | |
|---|---|
| For legal services, I have agreed to accept | $  33,283.00 |
| Prior to the filing of this statement I have received | $  33,283.00 |
| Balance Due | $  0.00 |

2.  $  1,717.00  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

■ Debtor       ☐ Other (specify):

4.  The source of compensation to be paid to me is:

■ Debtor       ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| October 18, 2019 | /s/ Daniel M. Stolz |
| *Date* | Daniel M. Stolz |
| | *Signature of Attorney* |
| | WASSERMAN, JURISTA & STOLZ, P.C. |
| | 110 Allen Road |
| | Suite 304 |
| | Basking Ridge, NJ 07920 |
| | (973) 467-2700   Fax: (973) 467-8126 |
| | attys@wjslaw.com |
| | *Name of law firm* |

---

## United States Bankruptcy Court
### District of New Jersey

In re    Icon Eyewear, Inc.

Debtor(s)

Case No.

Chapter    11

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

-NONE-

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Chief Executive Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    October 18, 2019

Signature    /s/ Michael Chang

Michael Chang

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of New Jersey

In re    Icon Eyewear, Inc.                            Case No. _____

                                      Debtor(s)        Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    October 18, 2019 _____         /s/ Michael Chang _____
                                                   Michael Chang/Chief Executive Officer
                                                   Signer/Title

1 SYNC
7887 Washington Village Drive
Suite 300
Dayton, OH 45459


101 Optics
2nd Fl., Bldg. No. 1
No. 942 WenQu East Road
GUOXITOWN OUHAI DIST
Wenzhou  CHINA


2XL Imaging
52 Fadem Rd
Springfield, NJ 07081


5 Empire Blvd Inc.
c/o NAI Hanson
195 North St., Suite 100
Teterboro, NJ 07608


5 Empire Blvd, Inc.
c/o Hanson Management LLC
195 North St., Suite 100
Teterboro, NJ 07608


Adams & Co. Real Estate LLC
411 Fifth Ave
New York, NY 10016


All-Pro Sales & Marketing, LLC
1000 Hart Road
Suite 200-B
Barrington, IL 60010


APL Logistics
7300 Corporate Center Drive
Suite 200
Miami, FL 33126


Aqua Fresca
11 Melanie Lane
Suite 19
East Hanover, NJ 07936

Avery Dennison HK B.V.
PO Box 7247
Philadelphia, PA 19170-7508


Avery Dennison Mexico
PO Box 7247
Philadelphia, PA 19170-7584


B&C Industries
55 Onderdonk Ave
Ridgewood, NY 11385


Barclay Brand Ferdon
PO Box 341
South Plainfield, NJ 07080


Berenice Ramirez
PO Box 284
Wood Ridge, NJ 07075


Bergen Fire Equipment & Service Co.
36 Johnson Ave.
Hackensack, NJ 07601


BMI
11 Canterbury Rd
Ringwood, NJ 07456


Bureau Veritas Hong Kong
Kowloon Bay Office
1/F Pacific Trade Centre, 2 Kai Hing Rd
Kowloon Bay, Kowloon HONG KONG


Caleres Inc.
PO Box 281777
Atlanta, GA 30384-1777


Caleres, Inc.
8300 Maryland Ave.
Saint Louis, MO 63105


Canon Business Solutions
300 Commerce Square Blvd.
Burlington, NJ 08016

Canon Financial Services, Inc.
14904 Collections Center Drive
Chicago, IL 60693


City Pallets LLC
93-119 Roanoke Ave
Newark, NJ 07105


Cole Schotz Meisel Forman & Leonard
25 Main Street
Hackensack, NJ 07602


Comcast Business
PO Box 37601
Philadelphia, PA 19101-0601


Commerce Technologies, Inc.
255 Fuller Road, Suite 327
Albany, NY 12203


Coryor Surface Treatment Co.
#9-20, 451 Lane Goang Fu Road
Ba Der City, Taoyuan Hsien
TAIWAN R.O.C.


D & E Packaging, Inc.
PO Box 4735
Wayne, NJ 07474-4735


Distinct Sales & Marketing
1417 N. Battlefield Blvd.
Suite 390
Chesapeake, VA 23320


Fedex
P.O. Box 371461
Pittsburgh, PA 15250


FGX International, Inc.
c/o Foley & Lardner, LLP
111 Huntington Ave., Suite 2500
Boston, MA 02199

Fine Line Technologies
PO Box 921933
Norcross, GA 30010


Flex Personnel
412 36th St.
Union City, NJ 07087


Fox Optical Inc.
Shuijingtou Industrial Zone Qinyu
Taumushan Town Fuding
Fujian CHINA


Gaeta Recycling Company, Inc.
278-282 West Railway Ave
Paterson, NJ 07503


GBS
6 North Park Drive
Suite 310
Hunt Valley, MD 21030


Geoffrey Beene, LLC
37 West 57th St., 2nd Fl.
New York, NY 10019


Gerber Finance
488 Madison Ave, 8th Fl
New York, NY 10022


Getzler Henrich & Associates
295 Madison Ave., 20th Floor
New York, NY 10017


GXS
PO Box 640371
Pittsburgh, PA 15264-0371


Harmony
6903 Rockledge Drive
Suite 1250
Bethesda, MD 20817

Haute Hippie House LLC
156 5th Ave., 10th Fl.
New York, NY 10010


Haute Hippie House, LLC
156 Fifth Ave., 10th Fl.
New York, NY 10010


Hill Bath & King
100 Walnut St., Suite 103
Clark, NJ 07066


HYG Financial Services
PO Box 70241
Philadelphia, PA 19176-0241


Information Resources, Inc.
150 N. Clinton St.
Chicago, IL 60661


Intertek Shanghai
Block B, Jinling Business Square
No. 801 Yi Shan Road
Shanghai  CHINA


Jupiter Prestige Group
17th Fl, Yen Sheng Centre
64 Hoi Yuen Road
Kwun Tong, HONG KONG


KAS America
175-01 Rockaway Blvd.
#301
Jamaica, NY 11434


KCP Advisory Group
700 Technology Park Dr.
Suite 212
Billerica, MA 01821


Kelley Drye & Warren LLP
101 Park Avenue
New York, NY 10178

Kenneth C. Basile
2040 Pilgrim Parkway
Elm Grove, WI 53122


Lawrence Service LLC
1405 Xenium Lane North
Suite 250
Plymouth, MN 55441


M&T Bank
1 Light Street
Baltimore, MD 21202


M.L. Cutler & Company
PO Box 165
Florham Park, NJ 07932-0165


Merchants Alarm Systems
203 Paterson Ave.
Wallington, NJ 07057


MSD Eyewear
No. 33 YanFan Road
YanJiang Industry Zone
WenZhou CHINA


North Central Sales
528 East 200th St.
Euclid, OH 44119


NYC Department of Finance
PO Box 5070
Kingston, NY 12402-5070


O.E.C. Express Corp.
153-63 Rockaway Blvd.
Jamaica, NY 11434


On Target Staffing, Inc.
2050 Route 27, Suite 103
North Brunswick, NJ 08902


PSE&G
PO Box 14106
New Brunswick, NJ 08906-4106

PVH Corp.
PO Box 643644
Pittsburgh, PA 15264-3644


Quick Transfer, Inc.
PO Box 110526
Brooklyn, NY 11211


Riker Danzig Scherer Hyland & Perretti
Headquarters Plaza
One Speedwell Ave
Morristown, NJ 07962


Rohrer Corproation
717 Seville Road
PO Box 1009
Wadsworth, OH 44282-1009


Royal West Sales, Inc.
5439 Wellesley Dr
Calabasas, CA 91302


Russin Vecchi & Berg LLP
250 Madison Ave., 17th Fl.
New York, NY 10016


SGS North America
PO Box 2502
Carol Stream, IL 60132


SGS North America
281 Fairfield Ave
Fairfield, NJ 07004


SH Brand Holdings
c/o One Step Up, LLC
1412 Broadway, 3rd Fl.
New York, NY 10018


SH Brand Holdings, LLC
Attn: Legal Dept.
1412 Broadway, 3rd Fl.
New York, NY 10018

Shree Ji Printing
55 Veterans Blvd.
Carlstadt, NJ 07072


SML USA, Inc.
777 Main St.
Lewiston, ME 04240


SO


Specialized Merchandise Services, Inc.
5680 Main Street
Buffalo, NY 14221


Spectas a Div of SMP Industries
PO Box 22067
Chattanooga, TN 37422


SPS Commerce
Accenture Tower
333 South Seventh Ave., Suite 1000
Minneapolis, MN 55402


Staples Advantage
Dept. NY PO Box 415256
Boston, MA 02241-5256


TaiZhou YaFeng Glasses Co Ltd
JiaoBei Industrial, ZhangAn Subdistrict
JiaoJiang, TaiZhou
ZheiJiang, CHINA


Taylored Freight Services, LLC
1495 E. Locut St
Ontario, CA 91761


The DAK Group, Ltd.
195 Route 17 South
Rochelle Park, NJ 07662


The Patterson Group
311 Myrtle Lane
Sewickley, PA 15143

The Staffing Group, Inc.
35 New England Business Ctr. #205
Andover, MA 01810


TNG Merchandising
1955 Lake Park Dr SE
Suite 400
Smyrna, GA 30080-8855


Travelers Insurance
CL & Specialty Remittance Ctr
One Tower Square
Hartford, CT 06183-1008


True Commerce, Inc.
800 Cranberry Woods Drive
Suite 450
Cranberry Twp, PA 16066


U Line
2200 S. Lakeside Dr
Waukegan, IL 60085


UPS
PO Box 7247-0244
Philadelphia, PA 19170


UPS Supply Chain Solutions, Inc.
Attn: Customs Brokerage Service
28013 Network Place
Chicago, IL 60673-1280


US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258


Visual Creations, Inc.
500 Narragansett Park Drive
Pawtucket, RI 02861


Wenzhou Classic Packing Co., Ltd.
No. 201 Changji Road
Louqiao Shanghui Industry
Zhejiang Wenzhou  CHINA

Wenzhou HongJian Optics Co.
No. 25 XingPing Rd., GaoXin Technologica
Industrial Developemtn Zone
Wenzhou Zhejiang  CHINA


Wenzhou Kangcheng Eyewear Co.
No. 2 Zhennen Road
WuTian Lndustrial Base
Wenzhou  CHINA


Wenzhou Royal Optical Co., Ltd.
27 Fengfang Road
Ouhai, Wenzhou
Zhejiang,  CHINA

# United States Bankruptcy Court
## District of New Jersey

In re    Icon Eyewear, Inc.

_____

                                    Debtor(s)

Case No. _____

Chapter    11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___Icon Eyewear, Inc.___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

October 18, 2019
_____
Date

/s/ Daniel M. Stolz
_____
Daniel M. Stolz
Signature of Attorney or Litigant
Counsel for    Icon Eyewear, Inc.
WASSERMAN, JURISTA & STOLZ, P.C.
110 Allen Road
Suite 304
Basking Ridge, NJ 07920
(973) 467-2700 Fax:(973) 467-8126
attys@wjslaw.com